UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 5:26-cv-00275-AH-KES | Date January 29, 2026 |
| Title *Saibo Deng v. Kristi Noem et al.* | |

Present: The Honorable   Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION (DKT. NO. 6)

On January 22, 2026, Petitioner Saibo Deng ("Petitioner") filed a petition against Respondents Kristi Noem, U.S. Department of Homeland Security, Pamela Bondi, Executive Office for Immigration Review, and James Janecka ("Respondents"), seeking a writ of habeas corpus. *See generally* Dkt. No. 1. On the same day, Petitioner filed a Motion for a Temporary Restraining Order ("Motion"). Mot., Dkt. No. 6. The Court ordered briefing on the Motion. Dkt. No. 7. On January 26, 2026, Respondents filed a Response to the Motion. Resp., Dkt. No. 9. On January 29, 2026, the Court held a hearing, converted the Motion to a Motion for Preliminary Injunction, and issued an oral ruling.

Consistent with the Court's oral ruling, the Court **GRANTS** Petitioner's Motion for a Preliminary Injunction. Respondents are:

- Ordered to release Petitioner immediately; and
- Enjoined from re-detaining Petitioner without providing Petitioner with a pre-detention hearing before a neutral immigration judge.

**IT IS SO ORDERED.**