JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SAIBO DENG,

      Petitioner,

     v.

KRISTI NOEM, et al.,

      Respondents.

Case No. 5:26-cv-00275-AH-KES

ORDER DISMISSING PETITION AS MOOT

The parties agree that, Petitioner having been granted preliminary injunctive relief and released from custody, the Petition is now moot.  (Dkt. 14.)

IT IS THEREFORE ORDERED that the Petition is **dismissed** as moot and the Clerk is directed to **close this case**.

DATED:  FEBRUARY 20, 2026

_____
ANNE HWANG
UNITED STATES DISTRICT JUDGE

Presented by:

_____
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

1